FILED 2010 JAN 29 P 2: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Alan Victor Thaler - #101438

CV 10 80017 MISC VRW

## ORDER TO SHOW CAUSE

It appearing that Alan Victor Thaler has been suspended by the Supreme Court of California for 75 days with 3 years probation with conditions effective November 26, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Alan Victor Thaler
Attorney At Law
LAW OFFICE OF ALAN V. THALER
18660 Cedar Cir
Fountain Valley, CA 92708