FILED

MAR 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Alan Victor Thaler,

State Bar No 101438

No CV 10 80017 MISC VRW

ORDER

/

On January 29, 2010, the court issued an order to show cause (OSC) why Alan Victor Thaler should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the California Supreme Court, effective November 26, 2009.

The OSC was mailed to Mr Thaler's address of record with the State Bar on February 3, 2010. A written response was due on or before March 7, 2010. No response to the OSC has been filed as of this date.

The California State Bar web site indicates that Alan Victor Thaler is on active status as of February 9, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Alan Victor Thaler,

_____/

Case Number: CV10-80017 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Victor Thaler
Law Office of Alan V Thaler
18660 Cedar Circle
Fountain Valley, CA 92708

Dated: March 22, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*